

P47675/E.Rivera

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:**     Jim Molinelli, Miscellaneous Clerk

**FROM:**   Elisha Rivera, Senior United States Probation Officer

**RE:**     Charles R. Yellen

**DATE:**   March 25, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 5, 2008, the above-named individual was sentenced in the Eastern District of Wisconsin outlined in the attached J & C.

In March 5, 2008, we received the Prob. 22's endorsed by the Honorable C. N. Clevert, Jr., U.S. District Court Judge, ordering Mr. Yellen's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 1 2008